CHARLES CARREON
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Email: chascarreon@gmail.com

Attorney *pro se* for Defendant-Appellant
Charles Carreon

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER RECOUVREUR,<br><br>    Plaintiff/Appellee,<br><br>vs.<br><br>CHARLES CARREON,<br><br>    Defendant/Appellant. | No.: 13-15967<br>D.C. No.: 3:12-CV-03435 RS<br><br>MOTION FOR DISMISSAL OF APPEAL |

Defendant-Appellant moves for dismissal of the instant appeal, with each side to bear their own costs, if any.

Dated: September 17, 2013
By: s/Charles Carreon
CHARLES CARREON (CSB# 127139)
Attorney *pro se* for Defendant-Appellant
Charles Carreon