FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER RECOUVREUR,<br><br>          Plaintiff - Appellee,<br><br>  v.<br><br>CHARLES CARREON,<br><br>          Defendant - Appellant. | No. 13-15967<br><br>D.C. No. 3:12-cv-03435-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

   Appellant's motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted.

   A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
     Ninth Circuit Rule 27-7/Advisory Note
     to Rule 27 and Ninth Circuit Rule 27-10